F. E. LOVELL *v.* PERLEY R. EATON.

(Three cases, same title, heard together)

November Term, 1924.

Present: WATSON, C. J., POWERS, TAYLOR, SLACK, and BUTLER, JJ.

Opinion filed December 5, 1925.*

ACTION OF TORT based on G. L. 6888. Demurrer to complaint sustained and judgment for defendant at March Term, 1924, Rutland County, *Willcox,* J., presiding. The plaintiff excepted. *Affirmed and remanded.*

*Lawrence, Stafford & Bloomer* for the plaintiff.

*Marvelle C. Webber* for the defendant.

———————

*Opinion in these cases (Supreme Court Nos. 1019a, 1020a, 1021a) was withdrawn pending decision on motion for reargument in *J. B. LaCroix & Frere* v. *Eaton* (Supreme Court Nos. 1015a, 1016a), and refiled with such decision on June 19, 1926 (99 Vt. 262).

BUTLER, J.   These cases are before us on plaintiff's exception to the sustaining of the defendant's demurrer to the complaint.   The action in each case is in tort, founded on G. L 6888, in which plaintiff seeks to recover the amount of a postdated check.   The cases were argued and submitted with the case between the same parties reported in 99 Vt. 255, 133 Atl. 742, where the same questions were presented that are involved here, and the decision therein controlling.   The result there reached requires an affirmance of the judgment below in these cases.

*Judgments affirmed and causes remanded.*